IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHELLE BAUER, | ) | Case No. 8:12CV294 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| COX COMMUNICATIONS | ) | |
| OMAHA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of the finalized terms of agreement following the settlement conference held on December 18, 2013 with the undersigned,

**IT IS ORDERED:**

1.  On or before **February 5, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  Any pending deadlines and/or hearings are cancelled upon the representation that this case is settled.

Dated: January 6, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge