IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHELLE BAUER, an individual,

        Plaintiff,

vs.

COX COMMUNICATIONS OMAHA LLC,
a Delaware limited liability corporation,

        Defendant.

CASE NO. 8:12CV294

ORDER AND JUDGMENT

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 54). Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned matter and all claims for relief stated therein are dismissed with prejudice. Each party will bear its own costs.

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 54) is approved;

2. The above-captioned matter and all claims for relief stated therein are dismissed with prejudice; and

3. Each party will bear its own costs.

Dated this 24th day of January, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge